# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY WILLIAMS,** ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION 09-00433-KD-C** |
| ) | |
| **MONROE COUNTY BOARD OF** ) | |
| **EDUCATION,** ) | |
|     Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 3, 2010, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **19th** day of **May 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**